IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>LAWRENCE R. GOLDFARB and BAYSTAR CAPITAL MANAGEMENT, LLC,<br><br>    Defendant.<br>_____/ | No. C 11-00938 WHA<br><br>**ORDER REQUIRING IMMEDIATE PAYMENT** |

    Pursuant to the judgment entered on March 16, 2011, defendants Lawrence Goldfarb and Baystar Capital Management, LLC, were ordered to pay $14,079,787, in five installments according to the schedule set forth in the judgment (Dkt. No. 21 at 4). Defendants have failed to pay on the following installments: (1) $1,025,000, plus post-judgment interest was due September 12, 2011 and (2) $12,974,787, plus post-judgment interest was due March 15, 2012. Defendant Goldfarb was ordered to pay an additional $130,00, plus post-judgment interest due on March 15, 2012. He has failed to make this payment.

    Payment is overdue. The defendants shall make payments in full immediately.

    **IT IS SO ORDERED.**

Dated: March 21, 2012.

                                                                               WILLIAM ALSUP<br>                                                                               UNITED STATES DISTRICT JUDGE