STEVEN M. KATZ (State Bar No. 164617)
E-Mail: skatz@sideman.com
RICHARD J. NELSON (State Bar No. 141658)
E-Mail: rnelson@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for Defendants
LAWRENCE R. GOLDFARB and
BAYSTAR CAPITAL MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE R. GOLDFARB and BAYSTAR CAPITAL MANAGEMENT, LLC,<br><br>Defendants. | Case No. C 11-00938 WHA<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR CONTINUANCE OF HEARING<br><br>Date: May 17, 2012<br>Time: 2:00 p.m.<br>Place: Courtroom #9, 19th Floor<br>Judge: The Honorable William H. Alsup |

[PROPOSED] ORDER

Defendants' Motion For Continuance of the Hearing Date was submitted on this date, due to the unexpected unavailability of lead counsel for Defendants. Plaintiff does not oppose this motion for a short continuance of the hearing date. After full consideration of the matter, and for good cause having been shown,

**IT IS HEREBY ORDERED** that:

Defendants' Motion For Continuance of the Hearing Date is GRANTED. Then new hearing date for the Motion for Relief From Order Requiring Immediate Payment (Dkt. 30) shall be May 23, 2012 at 1:00 p.m.

IT IS SO ORDERED.

Dated: May 17, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

6441-1\1466034v1