1  RICHARD J. NELSON (State Bar No. 141658)
   E-Mail:     rnelson@sideman.com
2  STEVEN M. KATZ (State Bar No. 164617)
   E-Mail:     skatz@sideman.com
3  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
4  San Francisco, California 94111-3629
   Telephone:   (415) 392-1960
5  Facsimile:   (415) 392-0827

6  Attorneys for Defendants
   LAWRENCE R. GOLDFARB and
7  BAYSTAR CAPITAL MANAGEMENT, LLC

8
                     UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12 SECURITIES AND EXCHANGE          Case No. 3:11-cv-00938 WHA
   COMMISSION,
13                                  **JOINT MOTION OF DEFENDANTS AND
              Plaintiff,            RECEIVER JOHN COTTON TO
14                                  EXTEND DEADLINE UNDER
         v.                         RECEIVERSHIP ORDER (DOCKET 53)
15                                  AND [PROPOSED] ORDER**
   LAWRENCE R. GOLDFARB and
16 BAYSTAR CAPITAL MANAGEMENT,
   LLC,
17
              Defendants.
18

19

20

21      By Order dated June 26, 2012 (Docket 53), the Court ordered that the Receivership

22 Defendants (as defined in the Order) file and serve a sworn statement and accounting, with

23 complete documentation, covering the period January 1, 2006 to the present, reflecting assets, bank

24 accounts, credit card accounts, funds received related to the conduct alleged in the Complaint,

25 expenditures over $1,000 and all transfers made, and file and serve tax returns from 2006 to 2011.

26 (Docket 53, Paragraphs 9, 10).

27 / / /

28

---

1514126v1                                               Case No. 3:11-cv-00938 WHA
           JOINT MOTION TO EXTEND DEADLINE UNDER RECEIVERSHIP ORDER

The Receivership Defendants are attempting to prepare the required statement and accounting and assemble the tax returns, but the information requested is voluminous and involves time periods as to which Defendants have been thus far been unable to gather or retrieve the relevant information and thus the Defendants need additional time to make these submissions.

In addition, the Receiver, John W. Cotton, Esq., who joins in this Motion, believes that Defendant Lawrence Goldfarb's time in the near term would best be spent assisting the Receiver, as he has been doing, in securing receivership assets.

Accordingly, Defendants and the Receiver request a thirty (30) day extension for the Receivership Defendants to make the submissions set forth in Paragraphs 9 and 10 of the Order.

The Receiver confirms that due to other more pressing work on the receivership, the Receiver will not be able to review the submissions for at least thirty days and accordingly this extension will not negatively impact his work or the receivership estate.

The Receiver has consulted counsel for the Plaintiff regarding this request and Plaintiff's counsel has indicated that the SEC does not oppose the requested extension.

DATED: July 24, 2012

Respectfully submitted,
SIDEMAN & BANCROFT LLP

By: /s/ Steven M. Katz
STEVEN M. KATZ
Attorneys for Defendants
LAWRENCE R. GOLDFARB and
BAYSTAR CAPITAL MANAGEMENT, LLC

DATED: July 24, 2012

JOHN W. COTTON, ESQ.
Receiver

1514126v1

1

Case No. 3:11-cv-00938 WHA

**JOINT MOTION TO EXTEND DEADLINE UNDER RECEIVERSHIP ORDER**

# [Proposed] ORDER

**GOOD CAUSE APPEARING,** the deadline for Defendants to make the submissions due under Paragraphs 9 and 10 of the Order Granting Plaintiff's Application for Appointment of Receiver (Docket 53) is extended by thirty calendar days.

**IT IS SO ORDERED**



DATED:   July 25, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE