**United States District Court**
For the Northern District of California

1
2
3
4
5
6                           IN THE UNITED STATES DISTRICT COURT

7
8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10    SECURITIES AND EXCHANGE
      COMMISSION,
11                                                    No. C 11-00938 WHA
                    Plaintiff,
12
13        v.
                                                      **ORDER GRANTING REQUEST
14    LAWRENCE R. GOLDFARB and                        TO POSTPONE DEFENDANT'S
      BAYSTAR CAPITAL MANAGEMENT,                     FILING OF MONTHLY BASIS
15    LLC,                                            STATEMENTS**

16                  Defendants.
                                                 /
17
18            Pursuant to an order dated May 30, 2012 (Dkt. No. 43), defendant Lawrence R. Goldfarb

19    was required — within five court days after the end of each calendar month — to file and serve a

20    sworn statement showing the total amounts received and spent by him during the calendar

21    month.  However, in light of recent health issues of which this order is aware, defendant

22    Goldfarb's requirement to timely file monthly basis statements is postponed until further notice.

23
24            **IT IS SO ORDERED.**

25
26    Dated:  November 8, 2013.
                                              WILLIAM ALSUP
27                                            UNITED STATES DISTRICT JUDGE

28