JOHN W. COTTON (SBN 54912)
GARTENBERG GELFAND HAYTON LLP
801 S. Figueroa Street, Suite 2100
Los Angeles, CA 90017
(213) 542-2136
jcotton@gghslaw.com

Receiver of Baystar Capital Management and
Lawrence Goldfarb

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE R. GOLDFARB and BAYSTAR CAPITAL MANAGEMENT, LLC,<br><br>Defendants. | Case No.: C-11-0938 WHA<br><br>[~~PROPOSED~~] ORDER GRANTING RECEIVER'S MOTION FOR AN ORDER PURSUANT TO LOCAL RULE 7-11 TO PAY THE RECEIVER'S FEES FOR THE PERIOD AUGUST 1, 2014 TO JANUARY 31, 2015 |

## ORDER AUTHORIZING PAYMENT OF RECEIVER'S FEES

Pursuant to Local Rule 7-11 of the Northern District of California, John W. Cotton, as the Receiver for defendants Larry R. Goldfarb and LRG Capital Management LLC ("Receiver"), in the above matter has submitted to the Court a miscellaneous administrative application for an Order approving the payment to him and his firm for their services for the period of August 1, 2014 to January 31, 2015. The Receiver has submitted his declaration in which he states has complied in full with the SEC's "Billing Instructions to Receivers". He has broken out and

reviewed the time spent on each of the various SEC activity categories, and stated under oath that each was reasonable and necessary, and performed by billing personnel of appropriate skill and experience level. The SEC, and the Goldfarb defendants have both reviewed this Application and indicated to the Receiver that they have no objection to this Court's approval of the requested fee and cost payments.

GOOD CAUSE APPEARING, the Court hereby authorizes the receiver in this matter, John W. Cotton, to pay to the firm of Gartenberg Gelfand Hayton LLP the amount of $11,262 for the total fees and costs earned by, and accrued to it during the period August 1, 2014 to January 31, 2015.

IT IS SO ORDERED.

DATED:   March 9        , 2015.

_____
Judge William Alsup
United States District Court