1  JOHN W. COTTON (SBN 54912)
   Email: JCotton@gghslaw.com
2  GARTENBERG GELFAND HAYTON LLP
   801 S. Figueroa Street, Suite 2170
3  Los Angeles, CA 90017
   (213) 542-2136
4
   Receiver of Baystar Capital Management, LLC
5  and Lawrence Goldfarb

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | SECURITIES AND EXCHANGE        | Case No.: C-11-0938 WHA
   | COMMISSION,                    |
12 |                                | [PROPOSED] ORDER
   |         Plaintiff,             | CONCERNING THE
13 |                                | RECEIVER'S
   |         v.                     | MISCELLANEOUS
14 |                                | ADMINISTRATIVE
   | LAWRENCE R. GOLDFARB and       | APPLICATION FOR AN
15 | BAYSTAR CAPITAL MANAGEMENT,    | ORDER PURSUANT TO
   | LLC,                           | LOCAL RULE 7-11 TO
16 |                                | LIQUIDATE ASSET
   |         Defendants.            |
17 |                                | Date:    N/A
   |                                | Time:    N/A
18 |                                | Judge:   William A. Alsup

19

20     By this Motion, the Receiver in the above matter, John W. Cotton seeks

21 permission to enter into a purchase and sale agreement with Cascade Capital

22 LLC ("Cascade") to sell the Receivership estate's illiquid interest in a joint

23 venture, known as LRG Cascade, between Cascade and defendant Lawrence

24 Goldfarb's solely-owned entity LRG Capital Commercial ("LRGCC").

25     The Receiver recommends the proposed sale after discussing the

26 proposed terms with defendant Baystar's three largest Island Fund side-pocket

27 investors, who comprise 93% of the investors defrauded by defendant

28 Goldfarb, and receiving their approval for the sale. Likewise, the Receiver has

discussed the proposed terms with the parties to this litigation, defendant Goldfarb and the U.S. Securities & Exchange Commission, both of whom have no objection to the proposed sale. The terms for the sale call for an immediate cash payment to the Receivership estate of $8,609 in return for a full release over diminishing future cash distributions, which are estimated to be $14,360 over the remaining life of LRGCC. The completion of the sale will eliminate the need to keep the Receivership estate open until the end of 2017 when LRGC terminates, and thereby reduce significant administrative cost to the estate.

GOOD CAUSE APPEARING, the Court hereby authorizes John W. Cotton as Receiver, to enter into the proposed sale to Cascade as supported by the Motion and accompanying Declaration of Cotton.

IT IS SO ORDERED.

DATED:   April__21____, 2015

_____
Judge William Alsup