JOHN W. COTTON (SBN 54912)
Email: jcotton@gghslaw.com
GARTENBERG, GELFAND & HAYTON LLP
15260 Ventura Blvd.
Suite 1920
Sherman Oaks, CA 91403
(213) 542-2100
(213) 542-2136 (Direct)
Receiver for Baystar Capital Management, LLC
and Lawrence Goldfarb

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: C-11-0938 WHA |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING RECEIVER'S MISCELLANEOUS ADMINISTRATIVE APPLICATION FOR AN ORDER PURSUANT TO LOCAL RULE 7-11 FOR A SALE OF ASSETS AND SECOND DISTRIBUTION |
| v. | |
| LAWRENCE R. GOLDFARB and BAYSTAR CAPITAL MANAGEMENT, LLC, | |
| Defendants. | |

**<u>ORDER AUTHORIZING SALE OF ASSETS AND DISTRIBUTION</u>**

Pursuant to Local Rule 7-11 of the Northern District of California, the Receiver in the above matter has submitted to the Court a miscellaneous administrative application for an Order approving the sale of certain illiquid assets, and a distribution of assets to the Defendant's defrauded investors. Along with the administrative application, the Receiver has presented the Court with a

1

REQUEST FOR ADMINISTRATIVE ORDER

declaration setting forth his efforts to value the illiquid investments, the involvement of the two largest and sophisticated investors in the valuation process and the reasons for his recommendation that the illiquid assets be sold for the amounts indicated. The Receiver has obtained the non-opposition of all other parties to this matter to his recommendation.

GOOD CAUSE APPEARING, the Court hereby authorizes the Receiver to sell defendant Baystar's interest in the Island Fund to its general partner for the amount of $150,000 and to sell Baystar's interest in the Yacht Fund to its general partner for the amount of $235,630, both in cash at the time of closing.

GOOD CAUSE APPEARING, the Court also hereby authorizes the Receiver to further investigate the entitlement of the few Baystar investors who invested solely in the Yacht Fund side pocket, in order to determine their entitlement to a distribution solely from the Yacht Fund proceeds, and to make such pro rata distributions to them if appropriate and they can be located with reasonable effort.

GOOD CAUSE ALSO APPEARING, the Court hereby authorizes the Receiver to make such cash distributions, as he deems appropriate, in the approximate amount of $700,000, to the defrauded Baystar investors in the proportionate amounts previously approved by this Court.

SO ORDERED.

DATED:   January 28, 2016

_____
Judge William Alsup
United States District Court