JOHN W. COTTON (SBN 54912)
Email: jcotton@gghslaw.com
GARTENBERG, GELFAND & HAYTON LLP
15260 Ventura Blvd.
Suite 1920
Sherman Oaks, CA 91403
(213) 542-2100
(213) 542-2136 (Direct)
Receiver for Baystar Capital Management, LLC
and Lawrence Goldfarb

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.: C-11-0938 WHA |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING RECEIVER'S MISCELLANEOUS ADMINISTRATIVE APPLICATION FOR AN AMENDED ORDER PURSUANT TO LOCAL RULE 7-11, TO AMEND THIS COURT'S ORDER OF SEPTEMBER 9, 2016 (DOCKET NO. 180) |
| v. | |
| LAWRENCE R. GOLDFARB and BAYSTAR CAPITAL MANAGEMENT, LLC, | |
| Defendants. | |

## ORDER AMENDING THE COURT'S ORDER OF SEPTEMBER 9TH

Pursuant to Local Rule 7-11 of the Northern District of California, the Receiver in the above matter has submitted to the Court a miscellaneous administrative application for an order amending, in part, this Court's Order of September 6th, 2016 (Docket No. 180) in which the Clerk of Court was instructed to transfer $80,169 to the Receiver for a pro rata distribution to investors. This

1

amount was believed by the Court to have been the exact amount (plus accrued interest) deposited by defendant Goldfarb. The Receiver has informed the Court that upon inquiry to the Clerk's office, the actual amount held in the Court Registry as deposited by defendant Goldfarb is $96,720.09. In order to transfer this larger amount, the Clerk of Court has requested that the Order of September 6th reflect this larger amount and, further, that the amended order also instruct the Clerk's office to transfer any and all interest accrued on the principal amount of $96,720.09.

GOOD CAUSE APPEARING, the Court hereby amends its Order of September 6th, to state on page 2 at lines 24 to 26:

" In addition the Clerk of this Court shall **TRANSFER** the funds it currently holds on account of the disgorgement order against defendant Goldfarb, the principal amount of $96,720.09, plus any and all interest accrued on that principal since it was deposited in the Court Registry, to the Receiver for *pro rata* distribution to defrauded investors."

SO ORDERED.

DATED:   September 26, 2016

_____
Judge William Alsup
United States District Court