JOHN W. COTTON (SBN 54912)
Email:  jcotton@gghslaw.com
GARTENBERG, GELFAND & HAYTON LLP
15260 Ventura Blvd.
Suite 1920
Sherman Oaks, CA 91403
(213) 542-2100
(213) 542-2136 (Direct)
Receiver for Baystar Capital Management, LLC
and Lawrence Goldfarb

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) Case No.: C-11-0938 WHA ) |
| Plaintiff, | ) **FINAL REPORT TO THE** ) **COURT AND FINAL** ) **ACCOUNTING UPON THE** |
| v. | ) **CLOSURE OF THE** ) **RECEIVERSHIP** |
| LAWRENCE R. GOLDFARB and BAYSTAR CAPITAL MANAGEMENT, LLC, | ) ) ) ) |
| Defendants. | ) ) ) ) ) ) |

On September 6, 2016, this Court issued its Order ("the Order") approving the Receiver's Motion for a Final Distribution and Discharge of Duties. See: Docket No. 180. The Order relieved the Receiver of further duties, save for the third and final distribution to investors, the filing of the final federal and state tax returns for the Baystar Capital Management receivership, and the filling of the

1

final financial report to the Court, and the plaintiff SEC on its approved Standardized Financial Accounting Report, or SFAR.

As of the date of the filing of this final report, the third and final distribution to investors of $540,630 has been completed. Likewise, as of the date of the filing of this final report, the federal and state tax returns for 2016 have been filed with the appropriate bodies. And finally, attached to this final report as <u>Exhibit A</u> is the final, signed SFAR report of the Receiver dated as of February 28, 2017, which shows a $0.00 balance, reflecting the payment of all expenses and the distribution of all returns to investors. The total amount of recovered funds to the estate was $7,531,977. The total amount disbursed to defrauded investors after the payment of expenses and liens, was $6,740,311. The total amount of fees to professionals and the Receiver was $366,312, or 4.8 % of the amount recovered.

With the filing of this report, all business of the Receivership is concluded and all tasks required by this Court in the Order of September 6, 2016 have been completed.

Dated: February 23, 2017                GARTENBERG GELFAND HAYTON LLP

                                        By:   /s/ John W. Cotton
                                              John W. Cotton
                                              Receiver for Baystar Capital
                                              Management, LLC
                                              and Lawrence Goldfarb

# Exhibit A

STANDARDIZED FUND ACCOUNTING REPORT for Baystar Capital Receivership
Receivership; Civil Court Docket No. C-11-0938 WHA
Final Report Dated 2/23/17

# FUND ACCOUNTING (See Instructions):

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 6/28/12): | 0.00 | | |
| | **Increases in Fund Balance:** | | | |
| Line 2 | Business Income | 923,004 | | |
| Line 3 | Cash and Securities | 0.00 | | |
| Line 4 | Interest/Dividend Income | 3,516 | | |
| Line 5 | Business Asset Liquidation | 5,931,597 | | |
| Line 6 | Personal Asset Liquidation | 216,925 | | |
| Line 7 | Third-Party Litigation Income | 360,000 | | |
| Line 8 | Miscellaneous – Other (Court Registry Fund) | 96,935 | | |
| | Total Funds Available (Lines 1 – 8): | | | 7,531,977 |
| | **Decreases in Fund Balance:** | | | |
| Line 9 | Disbursements to Investors | 6,740,311 | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | 366,312 | | |
| Line 10b | Business Asset Expenses | 329,119 | | |
| Line 10c | Personal Asset Expenses | 51,078 | | |
| Line 10d | Investment Expenses | 0.00 | | |
| Line 10e | Third-Party Litigation Expenses | 45,157 | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | Total Third-Party Litigation Expenses | | | |
| Line 10f | Tax Administrator Fees and Bonds | 0.00 | | |
| Line 10g | Federal and State Tax Payments | 0.00 | | |
| | Total Disbursements for Receivership Operations | | | 7,531,977 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator........... | | | |
| | Independent Distribution Consultant (IDC)........... | | | |
| | Distribution Agent........... | | | |
| | Consultants........... | | | |
| | Legal Advisers........... | | | |
| | Tax Advisers........... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses | | | |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| | Fund Administrator........... | | | |
| | IDC........... | | | |
| | Distribution Agent........... | | | |
| | Consultants........... | | | |
| | Legal Advisers........... | | | |
| | Tax Advisers........... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan........... | | | |
| | Claimant Identification........... | | | |
| | Claims Processing........... | | | |
| | Web Site Maintenance/Call Center........... | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | Total Plan Implementation Expenses | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
| Line 12b | Federal Tax Payments | | | |
| | Total Disbursements to Court/Other: | | | |
| | Total Funds Disbursed (Lines 9 – 11): Baystar Capital Receivership | | | |
| Line 13 | Ending Balance (As of 2/23/17): | | | 0.00 |

1

9/08/08

STANDARDIZED FUND ACCOUNTING REPORT for Baystar Capital Receivership
Receivership: Civil Court Docket No. C-11-0938 WHA
Final Report Dated 2/23/17

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | | | |
| Line 14b | Investments | | | |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | | | 0.00 |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator........................................ | | | |
| |    IDC............................................................. | | | |
| |    Distribution Agent....................................... | | | |
| |    Consultants................................................ | | | |
| |    Legal Advisers........................................... | | | |
| |    Tax Advisers.............................................. | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator........................................ | | | |
| |    IDC............................................................. | | | |
| |    Distribution Agent....................................... | | | |
| |    Consultants................................................ | | | |
| |    Legal Advisers........................................... | | | |
| |    Tax Advisers.............................................. | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |    Notice/Publishing Approved Plan...................... | | | |
| |    Claimant Identification................................ | | | |
| |    Claims Processing...................................... | | | |
| |    Web Site Maintenance/Call Center................... | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | Investment Expenses/CRIS Fees | | | |
| Line 16b | Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 17 | **DC & State Tax Payments** | | | |
| Line 18 | **No. of Claims:** | | | |
| Line 18a | # of Claims Received This Reporting Period............. | | | |
| Line 18b | # of Claims Received Since Inception of Fund.......... | | | |
| Line 19 | **No. of Claimants/Investors:** | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period...... | | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund... | | | |

Receiver:
By: _____(signature)_____
John W. Cotton
(printed name)
Receiver, Baystar Capital Receivership
(title)
Date: 2/23/2017

2

9/08/08